IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>ELIJAH LAVANE LEWIS,<br><br>          Defendant. | Case No. 3:12-cr-00545-HZ-1<br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE** |

HERNÁNDEZ, Chief District Judge:

  This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective July 1, 2020 if BOP has determined that Mr. Lewis is COVID-19 negative, or no later than July 15, 2020, if BOP has not yet made that determination, followed by a term of five years supervised release. The Court concludes that the defendant does not pose a danger to any other person or the community. The U.S. Probation Office has approved a release plan for Mr. Lewis. The Court adds the following conditions of supervised release: (1) self-quarantine at the approved residence for a period of 14 days; and (2) home confinement until November 28, 2021. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall be released on Thursday, July 1, 2020, for travel to his approved release residence in Oregon, if BOP has determined that Mr. Lewis is COVID-19 negative. If BOP has not yet made that determination, Mr. Lewis is to be released no later than July 15, 2020, to allow for either testing or for a 14-day quarantine. Upon his arrival at the residence, the defendant shall be required to adhere to a 14-day quarantine period at the residence, subject to location monitoring at the discretion of U.S. Probation, unless the U.S Probation Office authorizes interruption of the quarantine for urgent reasons. Within 24 hours of arriving in Portland, Mr. Lewis is directed to contact his probation officer at 503-326-8613.

IT IS FURTHER ORDERED that the conditions of supervision shall be modified to require home confinement up to November 28, 2021. An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this __1__ day of ~~June~~ July, 2020.

_____
Hon. Marco A. Hernández
Chief United States District Court Judge